DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| | | | |
|---|---|---|---|
| 275P11 | State v. Dewan Kenneth Brent | 1. State's Motion for Temporary Stay (COA10-989) | 1. Allowed 07/06/11 |
| | | 2. State's Petition for Writ of Supersedeas | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. Dismissed Ex Mero Motu |
| | | 4. State's Petition in the Alternative for Discretionary Review | 4. Allowed |
| 282P12 | State v. Tavieolis Eugene Hunt | 1. Def' NOA Based Upon a Constitutional Question (COA11-1223) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 290P12 | State v. Yajaira Libietana Joa | 1. Def's Pro Se Motion for Temporary Stay (COA11-1573) | 1. Denied 07/09/12 |
| | | 2. Def's *Pro Se* Petition for *Writ of Supersedeas* | 2. Denied |
| 298PA09-2 | State v. Andrew Chandler, Jr. a/k/a Junior Chandler | 1. Def's PWC to Review Order of Superior Court of Buncombe County | 1.Denied |
| | | 2. Def's Motion to Amend PWC | 2. Allowed |
| | | 3. State's Motion to Deem State's Response to Petitioner's Motion to Amend his PWC Timely Filed | 3. Allowed |
| 298P12 | State v. Tavaris Kinte Woresly | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1036) | Denied |
| 301A12 | State v. Mark Bradley Carver | Def's Motion to Deem Brief Timely Filed | Allowed 09/14/12 |
| 308P06-2 | State v. Christopher Lamont Bullock | Def's *Pro Se* Motion for Petition for Plain Error Review | Dismissed |